# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 29, 2023

## NO. 03-23-00350-CV

**Rickye Henderson, Top & Ball Properties, LLC, and Curtis Meeks, Appellants**

**v.**

**Ali Arabzadegan, Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, TRIANA AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on May 30, 2023. Having reviewed the record, the Court holds that Rickye Henderson, Top & Ball Properties, LLC, and Curtis Meeks have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.